IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARRY MICHAEL PRATT, JR.                                          PLAINTIFF

v.                                    Case No. 1:26-cv-1003

INTERIM SHERIFF CHARLIE PHILLIPS                                  DEFENDANT

## ORDER

Before the Court is the Report and Recommendation (ECF No. 20) filed June 17, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. Judge Singleton recommends that Plaintiff's Motions for Leave to Proceed *in forma pauperis* ("IFP") (ECF Nos. 5, 7) and Motion for Service (ECF No. 2) be denied. Judge Singleton further recommends that Plaintiff's Motion to Amend (ECF No. 19) be denied as moot and this case be dismissed without prejudice.

Plaintiff has not filed objections to the Report and Recommendation (ECF No. 20), and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 20) in its entirety. Accordingly, Plaintiff's Motions for Leave to Proceed *in forma pauperis* ("IFP") (ECF Nos. 5, 9) and Motion for Service (ECF No. 2) are **DENIED**. Plaintiff's Motion to Amend (ECF No. 19) is **DENIED AS MOOT**. Further, this case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall have until August 10, 2026, to file a Motion to Reopen this case upon payment of the full filing fee. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an IFP appeal would not be taken in good faith.

**IT IS SO ORDERED**, this 9th day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge